| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Kraftex Floor Corporation

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  36-2112850

**4. Debtor's address**

Principal place of business

609 Edgewood
Wood Dale, IL 60191
Number, Street, City, State & ZIP Code

DuPage
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __Kraftex Floor Corporation_____    Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** *that apply*:
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  Kraftex Floor Corporation _____  Case number (*if known*)_____
     Name

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply*.) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |     What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | |     Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes. Insurance agency _____ |
| | |     Contact name _____ |
| | |     Phone _____ |

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|
| | | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☒ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☒ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor    Kraftex Floor Corporation    Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 1, 2024
               MM / DD / YYYY

**X**    /s/   Chris Weaver                              Chris Weaver
         Signature of authorized representative of debtor    Printed name

Title    President

**18. Signature of attorney**

**X**    /s/ Ben Schneider                    Date    March 1, 2024
         Signature of attorney for debtor             MM / DD / YYYY

Ben Schneider
Printed name

The Law Offices of Schneider and Stone
Firm name

8424 SKOKIE BLVD SUITE 200
Skokie, IL 60077
Number, Street, City, State & ZIP Code

Contact phone    (847) 933-0300    Email address    ben@windycitylawgroup.com

IL
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Kraftex Floor Corporation |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| All Surfaces<br>1650 82nd St., Suite 1090<br><br>Bloomington, MN 55431 | | Trade debt | | | | $927.58 |
| CitiBank<br>PO Box 790046<br>Saint Louis, MO 63179 | | Credit card purchases | | | | $44,156.66 |
| CitiBank<br>c/o McCarthy, Burgess & Wolfe<br>26000 Cannon Rd.<br>Cleveland, OH 44146 | | Credit card purchases | | | | $24,172.14 |
| Daltile<br>7834 C F Hawn Fwy<br>Dallas, TX 75217 | | Trade debt | | | | $2,111.42 |
| E. J. Welch<br>2800 Lively Blvd.<br>Elk Grove Village, IL 60007 | | Trade debt | | | | $18,000.00 |
| ExxonMobil<br>PO Box 7032<br>Sioux Falls, SD 57117 | | Credit card purchases | | | | $756.38 |
| Groot<br>2500 Landmeier Rd.<br>Elk Grove Village, IL 60007 | | Trade debt | | | | $331.00 |
| Matworks<br>1501 Orchard Hill Rd.<br>Lagrange, GA 30240 | | Trade debt | | | | $2,312.00 |
| Midwest Carpenter's Union<br>12 East Erie St.<br>Chicago, IL 60611 | | Union Dues | | | | $54,702.23 |

Debtor  **Kraftex Floor Corporation**  Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Nicor<br>1844 Ferry Rd.<br>Naperville, IL 60563 | | Utility | | | | $913.00 |
| Old National Bank<br>2601 West Schaumburg Rd.<br>Schaumburg, IL 60194 | | | | $306,814.00 | $0.00 | $306,814.00 |
| Old National Bank<br>2601 West Schaumburg Rd.<br>Schaumburg, IL 60194 | | | | $93,824.42 | $0.00 | $93,824.42 |
| Small Business Administration<br>SBA Disaster Loan Service Center<br>2 North 20th St., Suite 320<br>Birmingham, AL 35203 | | | | $150,000.00 | $0.00 | $150,000.00 |

All Surfaces
1650 82nd St., Suite 1090
Bloomington, MN 55431


Ceramic Tile and Terrazzo Local 21
660 Industrial Dr.
Elmhurst, IL 60126


Chris Weaver
121 Michigan Ave.
Highwood, IL 60040


CitiBank
c/o McCarthy, Burgess & Wolfe
26000 Cannon Rd.
Cleveland, OH 44146


Daltile
7834 C F Hawn Fwy
Dallas, TX 75217


E. J. Welch
2800 Lively Blvd.
Elk Grove Village, IL 60007


ExxonMobil
PO Box 7032
Sioux Falls, SD 57117


Groot
2500 Landmeier Rd.
Elk Grove Village, IL 60007


Matworks
1501 Orchard Hill Rd.
Lagrange, GA 30240


Midwest Carpenter's Union
12 East Erie St.
Chicago, IL 60611


Nicor
1844 Ferry Rd.
Naperville, IL 60563


Old National Bank
2601 West Schaumburg Rd.
Schaumburg, IL 60194


Pitney Bowes
4955 N. Bailey Ave. Suite 109
Amhurst, NY 14226

```
Small Business Administration
SBA Disaster Loan Service Center
2 North 20th St., Suite 320
Birmingham, AL 35203
```

# United States Bankruptcy Court
### Northern District of Illinois

In re: Kraftex Floor Corporation, Debtor(s)

Case No.
Chapter: 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Kraftex Floor Corporation  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

March 1, 2024
Date

/s/ Ben Schneider
Ben Schneider
Signature of Attorney or Litigant
Counsel for  Kraftex Floor Corporation
The Law Offices of Schneider and Stone
8424 SKOKIE BLVD SUITE 200
Skokie, IL 60077
(847) 933-0300  Fax:
ben@windycitylawgroup.com